AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| GENE ANN MARIE BLYTH, as Administratrix of the Estate of CHARLES RICHARD MCINTIRE, deceased. <br> *Plaintiff* <br> v. <br> CONSOLIDATION COAL COMPANY and JOSEPH ONTKO <br> *Defendants* | ) ) ) ) ) ) ) Civil Action No.   5:12-CV-95 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

✘ decided by Judge _____

The plaintiff's motion to remand is GRANTED. Defendant Joseph Ontko's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is DENIED WITHOUT PREJUDICE. Accordingly, this matter is hereby REMANDED to the Circuit Court of Marshall County, West Virginia.

Pursuant to Federal Rule of Civil Procedure 58, the Clerk is DIRECTED to enter judgment on this matter.

Date:   Feb 7, 2013

*CLERK OF COURT*

*/s/ R.J. Sedosky*

*Signature of Clerk or Deputy Clerk*